IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IDRIS ABDUS SABER,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-CV-3526** |
| | : | |
| **WELLS FARGO BANK, N.A.,** *et al.*, | : | |
| Defendant. | : | |
| **IDRIS ABDUS SABER,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-CV-3527** |
| | : | |
| **WELLS FARGO BANK, N.A.,** *et al.*, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 15th day of August, 2019, upon consideration of Idris Abdus Saber's Motions to Proceed *In Forma Pauperis* in the above cases (ECF Nos. 1), his *pro se* Complaint in Civil Action Number 19-3526 (ECF No. 2), and his *pro se* Notice of Removal in Civil Action Number 19-3527 (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** in both cases pursuant to 28 U.S.C. § 1915.

2. The Complaint in Civil Action Number 19-3526 and Notice of Removal in Civil Action Number 19-3527 are **DEEMED** filed.

3. The Complaint in Civil Action Number 19-3526 is **DISMISSED with prejudice** for the reasons in the Court's Memorandum.

4. Civil Action Number 19-3527 shall be **REMANDED** forthwith to the Philadelphia

Court of Common Pleas pursuant to 28 U.S.C. § 1447(c) for the reasons stated in the Court's Memorandum.

5. The Clerk of Court shall **CLOSE** these cases.

BY THE COURT:

_____
**WENDY BEETLESTONE, J.**